# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION
### CIVIL ACTION NO. 5:22-cv-12-KDB-DSC

| | | |
|---|---|---|
| **ALEJANDRO J. SUELTA and ADRIANNE CARROLL, individually and on behalf of all others similarly situated,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **CITIBANK. N.A. and JOHN DOES 1-10,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**THIS MATTER** is before the Court on "Defendants' Motion to Stay" (document # 15) filed June 6, 2022.  For the reasons set forth therein, the Motion will be <u>GRANTED</u>.

Defendants contend that further proceedings in this case should be stayed pending resolution of the certified class action in *Christine Head et al. v. Citibank, N.A.*, No. 3:18-cv-08189-ROS, pending in the District of Arizona. These actions arise from similar operative facts, and Defendants sufficiently allege there is already a certified class that subsumes Plaintiffs' claims here. Consideration of the first-to-file rule and its component factors also supports a stay. For these reasons and the other reasons set forth in Defendants' briefs, the Motion is <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Kenneth D. Bell.

**SO ORDERED**.

Signed: July 25, 2022

David S. Cayer
United States Magistrate Judge