IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:22-CV-00012-KDB-DSC

| | |
|---|---|
| ALEJANDRO J. SULETA<br>ADRIANNE CARROLL,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN DOE<br>CITIBANK, N.A.,<br><br>    Defendants. | **ORDER** |

**THIS MATTER** is before the Court *sua sponte*. On March 15, 2023, the parties jointly moved for an extension of time for Plaintiffs to respond to Defendant Citibank's Motion for Summary Judgment and for the Court to set a new discovery deadline. *See* Doc. No. 32. The Motion stated that "Citibank has agreed to withdraw its Motion for Summary Judgment without prejudice so the parties can complete discovery." *Id*. The Court granted the Motion by text, stayed the summary judgment briefing schedule, and set a June 8, 2023, discovery deadline. *Id*. Upon further consideration and under the Court's inherent authority to manage its docket, the Court denies Defendant Citibank's Motion for Summary Judgment, Doc. No. 29, without prejudice. The parties shall file, or re-file, any dispositive motions by June 22, 2023.

    **SO ORDERED.**

Signed: March 21, 2023

*/s/ Kenneth D. Bell*
Kenneth D. Bell
United States District Judge

1